UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
HARPER, BRYAN F.                              §      Case No. 12-45314
CORNELIUS, JOYHA H.                           §
                                              §
                                              §
            Debtor(s)                         §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_ , for a total compensation of $ \_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_ , for total expenses of $ \_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 12-45314 JPC Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HARPER, BRYAN F. | Date Filed (f) or Converted (c): | 11/15/12 (f) |
| | CORNELIUS, JOYHA H. | 341(a) Meeting Date: | 12/27/12 |
| For Period Ending: | 10/31/14 | Claims Bar Date: | 04/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America (joint checking) | 200.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America savings account | 70.00 | 0.00 | | 0.00 | FA |
| 4. Thomas Kim - rental of a coop 7855B S. South Shore | 700.00 | 700.00 | | 0.00 | FA |
| 5. ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. insurance proceeds from mother's life insurance po | 28,000.00 | 20,420.00 | | 11,000.00 | FA |
| 7. AUTOMOBILE  2009 Dodge Journey | 1,550.00 | 1,550.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $31,120.00 | $22,670.00 | | $11,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

investigating life insurance proceeds

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 18.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-45314 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARPER, BRYAN F. | | Bank Name: | ASSOCIATED BANK |
| | CORNELIUS, JOYHA H. | | Account Number / CD #: | *******8538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8854 | | | |
| For Period Ending: | 10/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/13 | 6 | BRYAN HARPER | Insurance proceed | 1129-000 | 11,000.00 | | 11,000.00 |
| | | 2623 E. 77th St. No 1E | | | | | |
| | | Chicago, IL 60649-4715 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.35 | 10,983.65 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.80 | 10,967.85 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.31 | 10,951.54 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.76 | 10,935.78 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 10,919.52 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD. | bond # 016026455 | 2300-000 | | 11.97 | 10,907.55 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.24 | 10,891.31 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.63 | 10,876.68 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.17 | 10,860.51 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.63 | 10,844.88 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.12 | 10,828.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.58 | 10,813.18 |

Page Subtotals        11,000.00        186.82

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 12-45314 -JPC |
| Case Name: | HARPER, BRYAN F. |
| | CORNELIUS, JOYHA H. |
| Taxpayer ID No: | *******8854 |
| For Period Ending: | 10/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8538 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 11,000.00 | 186.82 | 10,813.18 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,000.00 | 186.82 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,000.00 | 186.82 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8538) | 11,000.00 | 186.82 | 10,813.18 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 11,000.00 | 186.82 | 10,813.18 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 26, 2014 |

Case Number: 12-45314  
Debtor Name: HARPER, BRYAN F.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005A<br>050<br>4300-00 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Secured | | $5,702.98 | $0.00 | $5,702.98 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $1,850.00 | $0.00 | $1,850.00 |
| 002<br>6110-00 | ANDREW J MAXWELL ESQ<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS STREET STE 3200<br>CHICAGO, IL 60603 | Administrative | | $2,112.54 | $0.00 | $2,112.54 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $11.97 | $11.97 | $0.00 |
| 000005B<br>058<br>5800-00 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Priority | | $67.04 | $0.00 | $67.04 |
| 000001<br>070<br>7100-00 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Unsecured | | $103.34 | $0.00 | $103.34 |
| 000002<br>070<br>7100-00 | Asset Acceptance LLC assignee DISCOVER<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $1,587.46 | $0.00 | $1,587.46 |
| 000003<br>070<br>7100-00 | Asset Acceptance LLC assignee XCEL<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $141.55 | $0.00 | $141.55 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for Galaxy Asset Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $9,977.12 | $0.00 | $9,977.12 |
| 000005C<br>070<br>7100-00 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Unsecured | | $6,062.08 | $0.00 | $6,062.08 |

Case 12-45314    Doc 37    Filed 09/04/14    Entered 09/04/14 13:06:10    Desc Main
          Document      Page 7 of 11

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 26, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-45314  
Debtor Name:  HARPER, BRYAN F.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000006<br>070<br>7100-00 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Unsecured | | $31.91 | $0.00 | $31.91 |
| 000007<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $652.85 | $0.00 | $652.85 |
| 000008<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $77.03 | $0.00 | $77.03 |
| 000009<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From RJM ACQUISITIONS, LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: BANK ONE COLUMBUS VISA | Unsecured | | $1,556.50 | $0.00 | $1,556.50 |
| 000010<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of North Star Capital Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $816.68 | $0.00 | $816.68 |
| | Case Totals: | | | $30,751.05 | $11.97 | $30,739.08 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-45314
Case Name: HARPER, BRYAN F.
      CORNELIUS, JOYHA H.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | Department of Treasury-Internal Revenue | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: ANDREW J MAXWELL ESQ | $ | $ | $ |
| Attorney for Expenses: ANDREW J MAXWELL ESQ | $ | $ | $ |

Total to be paid for prior chapter administrative expenses     $_____

Remaining Balance     $_____

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Department of Treasury-Internal Revenue | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Rjm Acquisitions Llc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Asset Acceptance LLC assignee DISCOVER | $ | $ | $ |
| 000003 | Asset Acceptance LLC assignee XCEL | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000006 | Rjm Acquisitions Llc | $ | $ | $ |
| 000007 | US BANK N.A. | $ | $ | $ |
| 000008 | US BANK N.A. | $ | $ | $ |
| 000009 | Jefferson Capital Systems LLC | $ | $ | $ |
| 000010 | LVNV Funding, LLC its successors and | $ | $ | $ |
| 000005C | Department of Treasury-Internal Revenue | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE