UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                  §
                                        §
HARPER, BRYAN F.                        §        Case No. 12-45314
CORNELIUS, JOYHA H.                     §
                                        §
                                        §
            Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF THE U.S. BANKR. CT
            219 S. DEARBORN STREET
            7TH FLOOR
            CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/16/2014 in Courtroom 680,
            United States Courthouse
            219 S. Dearborn Street
            Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/04/2014            By:  /s/ Andrew J. Maxwell
                                              Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
HARPER, BRYAN F.  § Case No. 12-45314
CORNELIUS, JOYHA H.  §
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 11,000.00 |
| and approved disbursements of | $ 186.82 |
| leaving a balance on hand of[1] | $ 10,813.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | Department of Treasury-Internal Revenue | $ 5,702.98 | $ 5,702.98 | $ 0.00 | $ 5,702.98 |
| | Total to be paid to secured creditors | | | $ | 5,702.98 |
| | Remaining Balance | | | $ | 5,110.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 11.97 | $ 11.97 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,850.00 |
| Remaining Balance | | $ | 3,260.20 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: ANDREW J MAXWELL ESQ | $ 2,107.50 | $ 0.00 | $ 2,107.50 |
| Attorney for Expenses: ANDREW J MAXWELL ESQ | $ 5.04 | $ 0.00 | $ 5.04 |

Total to be paid for prior chapter administrative expenses     $     2,112.54

Remaining Balance     $     1,147.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 67.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Department of Treasury-Internal Revenue | $ 67.04 | $ 0.00 | $ 67.04 |

Total to be paid to priority creditors     $     67.04

Remaining Balance     $     1,080.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,006.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Rjm Acquisitions Llc | $ 103.34 | $ 0.00 | $ 5.32 |
| 000002 | Asset Acceptance LLC assignee DISCOVER | $ 1,587.46 | $ 0.00 | $ 81.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Asset Acceptance LLC assignee XCEL | $ 141.55 | $ 0.00 | $ 7.28 |
| 000004 | Quantum3 Group LLC as agent for | $ 9,977.12 | $ 0.00 | $ 513.24 |
| 000006 | Rjm Acquisitions Llc | $ 31.91 | $ 0.00 | $ 1.64 |
| 000007 | US BANK N.A. | $ 652.85 | $ 0.00 | $ 33.58 |
| 000008 | US BANK N.A. | $ 77.03 | $ 0.00 | $ 3.96 |
| 000009 | Jefferson Capital Systems LLC | $ 1,556.50 | $ 0.00 | $ 80.07 |
| 000010 | LVNV Funding, LLC its successors and | $ 816.68 | $ 0.00 | $ 42.02 |
| 000005C | Department of Treasury-Internal Revenue | $ 6,062.08 | $ 0.00 | $ 311.85 |

Total to be paid to timely general unsecured creditors     $        1,080.62

Remaining Balance     $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-45314-JPC
Bryan F. Harper                                                         Chapter 7
Joyha H. Cornelius
    Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt                Page 1 of 2              Date Rcvd: Sep 08, 2014
                              Form ID: pdf006              Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2014.
```
db/jdb         +Bryan F. Harper,    Joyha H. Cornelius,    7855B S. South Shore Drive,    Chicago, IL 60649-5332
19698028        Advocate Health Care,    P.O. Box 70508,    Chicago, IL 60673-0001
19698029        Advocate Medical Group,    701 Lee Street,    New York, NY 10023-5868
19698031        Bank One - Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
19698032        Blatt, Hasenmiller, Leiber & Moore,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
19698033        Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
19698034       +Columbia College Chicago,    600 S. Michigan Avenue,    Chicago, IL 60605-1996
19698036       +Concentra Immediate Care-IL,    P.O. Box 2547,    Addison, TX 75001-2547
19698038       +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
19698039        Direct TV,    P.O. Box 18008,    Hauppauge, NY 11788-8808
19698041        Greene Manor Apartments (Whitney),    2633 E. 77th Street, Unit 2E,    Chicago, IL 60649
19698043       +Illinois Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
19698045       +MCM,    P.O. Box 60570,    Los Angeles, CA 90060-0570
19698046        MCR Receivables Corp.,    P.O. Box 30943,    Salt Lake City, UT 84130-0943
19857049        MCR Receivables Corp.,    5775 Roscoe Court,    San Diego, CA 92123-1356
19698047       +Metro Medical Group, LTD,    3228 W. 95th Street,    Evergreen Park, IL 60805-2314
19698048       +Mid-America Cardio,    P.O. Box 66973,    Chicago, IL 60666-0973
19698050      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     P.O. Box 12914,
                 Norfolk, VA 23541)
19698051       +Ressurrection Health,    P.O. Box 220292,    Chicago, IL 60622-0292
19698053        Santander Consumer USA Inc.,    P.O. Box 560284,    Attn: Bankruptcy Department,
                 Dallas, TX 75356-0284
19698054       +Sears,    3333 Beverly Road,    Hoffman Estates, IL 60179-1999
19698055       +St. Mary’s Hospital Center,    2233 W. Division Street,    Chicago, IL 60622-8151
19698058       +U.S. Cellular,    8410 West Bryn Mawr Avenue,    Chicago, IL 60631-3418
19698057      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408)
19698059        University of Minnesota - Bursars,    Twin Cities, 145 Williamson Hall,    P.O. Box 88,
                 Minneapolis, MN 55440-0088
19698060       +Valentine & Kebartas, Inc.,    P.O. Box 325,    Lawrence, MA 01842-0625
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19698030        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 09 2014 00:59:35     Asset Acceptance LLC,
                 P.O.Box 2036,    Warren, MI 48090-2036
19961314       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 09 2014 00:59:35
                 Asset Acceptance LLC assignee DISCOVER,    PO Box 2036,    Warren, MI 48090-2036
19961350       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 09 2014 00:59:35
                 Asset Acceptance LLC assignee XCEL,    PO Box 2036,    Warren, MI 48090-2036
19698035       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Sep 09 2014 01:00:35     Comcast Cable,
                 One Comcast Center,    Philadelphia, PA 19103-2899
19698040        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2014 01:06:44     Discover Bank,
                 P.O. Box 30943,    Salt Lake City, UT 84130-0943
20006252       +E-mail/Text: cio.bncmail@irs.gov Sep 09 2014 00:59:04
                 Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
19698042       +E-mail/Text: bkynotice@harvardcollect.com Sep 09 2014 01:01:04     Harvard Collection Services,
                 4839 N. Elston Avenue,    Chicago, IL 60630-2589
20235918       +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Sep 09 2014 01:00:11
                 Jefferson Capital Systems LLC,    Purchased From RJM ACQUISITIONS, LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999,    Orig By: BANK ONE COLUMBUS VISA
20337564        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2014 01:04:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19698049       +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 09 2014 00:59:57
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
19994109        E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2014 00:59:24
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
19698052       +E-mail/Text: rjm@ebn.phinsolutions.com Sep 09 2014 00:59:22     RJM Acquisitions LLC,
                 575 Under Hill Blvd., Suite 224,    Syosset, NY 11791-4437
19958400       +E-mail/Text: rjm@ebn.phinsolutions.com Sep 09 2014 00:59:22     Rjm Acquisitions Llc,
                 575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19698056        St. Mary’s of Nazareth
19698037*      +Concentra Immediate Care-IL,    P.O. Box 2547,    Addison, TX 75001-2547
19698044*       IRS - Centralized Insolvency Op,    P.O. Box 21126,    Philadelphia, PA 19114-0326
20051676*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
                                                                                               TOTALS: 1, * 3, ## 0
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 2                  Date Rcvd: Sep 08, 2014
                               Form ID: pdf006            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2014 at the address(es) listed below:
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              David J Frankel    on behalf of Creditor   Santander Consumer USA Inc. dfrankel@sormanfrankel.com,
               bbehanna@sormanfrankel.com
              Lynette  Lewis    on behalf of Joint Debtor Joyha H. Cornelius ladylawyerll@yahoo.com,
               llewislaw1@yahoo.com
              Lynette  Lewis    on behalf of Debtor Bryan F. Harper ladylawyerll@yahoo.com,  llewislaw1@yahoo.com
              Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```