# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
HARPER, BRYAN F.                              §        Case No. 12-45314
CORNELIUS, JOYHA H.                           §
                                              §
_____Debtor(s)_____  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA Inc. P.O. Box 560284 Attn: Bankruptcy Department Dallas, TX 75356-0284 | | | | | |
| 000005A | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| ANDREW J MAXWELL ESQ | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS - Centralized Insolvency Op P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| | IRS - Centralized Insolvency Op P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| 000005B | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Health Care P.O. Box 70508 Chicago, IL 60673-0001 | | | | | |
| | Advocate Medical Group 701 Lee Street New York, NY 10023-5868 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance LLC P.O.Box 2036 Warren, MI 48090-2036 | | | | | |
| | Bank One - Credit One Bank P.O. Box 98873 Las Vegas, NV 89193-8873 | | | | | |
| | Blatt, Hasenmiller, Leiber & Moore 125 S. Wacker Drive, Suite 400 Chicago, IL 60606-4440 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Columbia College Chicago 600 S. Michigan Avenue Chicago, IL 60605 | | | | | |
| | Comcast Cable One Comcast Center Philadelphia, PA 19103 | | | | | |
| | Concentra Immediate Care-IL P.O. Box 2547 Addison, TX 75001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Concentra Immediate Care-IL P.O. Box 2547 Addison, TX 75001 | | | | | |
| | Credit Management LP 4200 International Parkway Carrollton, TX 75007 | | | | | |
| | Direct TV P.O. Box 18008 Hauppauge, NY 11788-8808 | | | | | |
| | Discover Bank P.O. Box 30943 Salt Lake City, UT 84130-0943 | | | | | |
| | Greene Manor Apartments (Whitney) 2623 E. 77th Street, Unit 2E Chicago, IL 60649 | | | | | |
| | Harvard Collection Services 4839 N. Elston Avenue Chicago, IL 60630 | | | | | |
| | Illinois Collection Service, Inc. P.O. Box 1010 Tinley Park, IL 60477 | | | | | |
| | MCM P.O. Box 60570 Los Angeles, CA 90060 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MCR Receivables Corp. 5775 Roscoe Court San Diego, CA 92123-1356 | | | | | |
| | Metro Medical Group, LTD 3228 W. 95th Street Evergreen Park, IL 60805 | | | | | |
| | Mid-America Cardio P.O. Box 66973 Chicago, IL 60606 | | | | | |
| | NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | Portfolio Recovery Associates P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | RJM Acquisitions LLC 575 Under Hill Blvd., Suite 224 Syosset, NY 11791-3416 | | | | | |
| | Ressurrection Health P.O. Box 220292 Chicago, IL 60622 | | | | | |
| | Sears 3333 Beverly Road Hoffman Estates, IL 60179 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Mary's Hospital Center 2233 W. Division Street Chicago, IL 60622 | | | | | |
| | St. Mary's of Nazareth 2233 W. Division Chicago, IL 60622 | | | | | |
| | U.S. Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | U.S. Cellular 8410 West Bryn Mawr Avenue Chicago, IL 60631 | | | | | |
| | University of Minnesota - Bursars Twin Citties, 145 Williamson Hall P.O. Box 88 Minneapolis, MN 55440-0088 | | | | | |
| | Valentine & Kebartas, Inc. P.O. Box 325 Lawrence, MA 01842 | | | | | |
| 000002 | ASSET ACCEPTANCE LLC ASSIGNEE DISCO | | | | | |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE XCEL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005C | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |
| 000009 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000010 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000001 | RJM ACQUISITIONS LLC | | | | | |
| 000007 | US BANK N.A. | | | | | |
| 000006 | RJM ACQUISITIONS LLC | | | | | |
| 000008 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-45314 JPC Judge: JACQUELINE P. COX | |
| Case Name: | HARPER, BRYAN F. | |
| | CORNELIUS, JOYHA H. | |
| For Period Ending: | 11/17/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/15/12 (f) |
| 341(a) Meeting Date: | 12/27/12 |
| Claims Bar Date: | 04/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America (joint checking) | 200.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America savings account | 70.00 | 0.00 | | 0.00 | FA |
| 4. Thomas Kim - rental of a coop 7855B S. South Shore | 700.00 | 700.00 | | 0.00 | FA |
| 5. ordinary wearing apparal | 500.00 | 0.00 | | 0.00 | FA |
| 6. insurance proceeds from mother's life insurance po | 28,000.00 | 20,420.00 | | 11,000.00 | FA |
| 7. AUTOMOBILE<br>2009 Dodge Journey | 1,550.00 | 1,550.00 | | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $31,120.00 | $22,670.00 | | $11,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INSURANCE PROCEEDS PARTIALLY PAID OVER-REMAINING AMOUNT EXPENDED BY DS - investigating life insurance proceeds

TFR SUBMITTED 8/26/14

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-45314 -JPC |
| Case Name: | HARPER, BRYAN F. |
| | CORNELIUS, JOYHA H. |
| Taxpayer ID No: | *******8854 |
| For Period Ending: | 11/17/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8538  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/13 | 6 | BRYAN HARPER 2623 E. 77th St. No 1E Chicago, IL 60649-4715 | Insurance proceed | 1129-000 | 11,000.00 | | 11,000.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.35 | 10,983.65 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.80 | 10,967.85 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.31 | 10,951.54 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.76 | 10,935.78 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 10,919.52 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 11.97 | 10,907.55 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.24 | 10,891.31 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.63 | 10,876.68 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.17 | 10,860.51 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.63 | 10,844.88 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.12 | 10,828.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.58 | 10,813.18 |
| 10/17/14 | 010002 | Department of Treasury-Internal Revenue Service PO Box 7346 Philadelphia, PA 19114 | Claim 5A, Final Payment 100% c/o 10/16/2014 | 4300-000 | | 5,702.98 | 5,110.20 |
| 10/17/14 | 010003 | ANDREW J. MAXWELL, TRUSTEE 105 W. ADAMS SUITE 3200 CHICAGO, IL 60603 | Trustee Compensation c/o 10/16/2014 | 2100-000 | | 1,850.00 | 3,260.20 |
| 10/17/14 | 010004 | ANDREW J MAXWELL ESQ MAXWELL LAW GROUP, LLC | Attorney for TR. Fees & Expenses c/o 10/16/2014 | | | 2,112.54 | 1,147.66 |

Page Subtotals      11,000.00      9,852.34

Ver: 18.03a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-45314  -JPC | |
| Case Name: | HARPER, BRYAN F. | |
| | CORNELIUS, JOYHA H. | |
| Taxpayer ID No: | *******8854 | |
| For Period Ending: | 11/17/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8538  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 WEST ADAMS STREET STE 3200 CHICAGO, IL  60603 | | | | | |
| | | | Fees          2,107.50 | 6110-000 | | | |
| | | | Expenses         5.04 | 6120-000 | | | |
| 10/17/14 | 010005 | Department of Treasury-Internal Revenue Service PO Box 7346 Philadelphia, PA 19114 | Claim 5B, Final Payment 100% c/o 10/16/2014 | 5800-000 | | 67.04 | 1,080.62 |
| 10/17/14 | 010006 | Rjm Acquisitions Llc 575 Underhill Blvd, Suite 224 Syosset, NY 11791 | Claim 1, Final Payment | 7100-000 | | 5.32 | 1,075.30 |
| 10/17/14 | 010007 | Asset Acceptance LLC assignee DISCOVER PO Box 2036 Warren, MI 48090 | Claim 2, Final Payment | 7100-000 | | 81.66 | 993.64 |
| 10/17/14 | 010008 | Asset Acceptance LLC assignee XCEL PO Box 2036 Warren, MI 48090 | Claim 3, Final Payment | 7100-000 | | 7.28 | 986.36 |
| 10/17/14 | 010009 | Quantum3 Group LLC as agent for Galaxy Asset Purchasing LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 4, Final Payment | 7100-000 | | 513.24 | 473.12 |
| 10/17/14 | 010010 | Department of Treasury-Internal Revenue Service PO Box 7346 Philadelphia, PA 19114 | Claim 5C, Final Payment c/o 10/16/2014 | 7100-000 | | 311.85 | 161.27 |
| 10/17/14 | 010011 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 7, Final Payment | 7100-000 | | 33.58 | 127.69 |
| 10/17/14 | 010012 | Jefferson Capital Systems LLC | Claim 9, Final Payment | 7100-000 | | 80.07 | 47.62 |

Page Subtotals          0.00          1,100.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 18.03a

Page: 3

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-45314  -JPC |
| Case Name: | HARPER, BRYAN F. |
| | CORNELIUS, JOYHA H. |
| Taxpayer ID No: | *******8854 |
| For Period Ending: | 11/17/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8538  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/17/14 | 010013 | Purchased From RJM ACQUISITIONS, LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: BANK ONE COLUMBUS VISA<br>LVNV Funding, LLC  assignee of<br>North Star Capital Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim10, Final Payment | 7100-000 | | 42.02 | 5.60 |
| 10/17/14 | 010014 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | REMITTED TO COURT<br>c/o 10/16/2014<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #    DIVIDEND<br>===================================== | | | 5.60 | 0.00 |
| | | | 8        000006        1.64 | 7100-001 | | | |
| | | | 10       000008        3.96 | 7100-001 | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 11,000.00 | 11,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,000.00 | 11,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 11,000.00 | 11,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8538 | 11,000.00 | 11,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 11,000.00 | 11,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page Subtotals | 0.00 | 47.62 |
|---|---|---|

Ver: 18.03a

FORM 2    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-45314 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | HARPER, BRYAN F. | | Bank Name: | ASSOCIATED BANK |
| | CORNELIUS, JOYHA H. | | Account Number / CD #: | *******8538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8854 | | | |
| For Period Ending: | 11/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *********8538

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.03a